UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK AUSTIN,

           Plaintiff,

-v-

TK TRIBECA LLC, et al.,

           Defendants.

CIVIL ACTION NO. 25 Civ. 3096 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff filed the Complaint in this action on April 15, 2025. (ECF No. 1). Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve Defendants by July 14, 2025. To date, no proof of service has been filed. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Plaintiff to file proof of service to **Friday, July 25, 2025**.

Plaintiff is warned that failure to file proof of service may result in dismissal of this case for failure to prosecute.

Dated:    New York, New York
           July 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**