```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PATRICK AUSTIN,                                             :
                                                            :
                                Plaintiff,                  :
                                                            :    25-CV-3096 (VSB)
                -against-                                   :
                                                            :        ORDER
TK TRIBECA LLC d/b/a TARA KITCHEN                           :
and IRAYMOND-253 CHRUCH LLC,                                :
                                                            :
                                Defendants.                 :
                                                            :
----------------------------------------------------------- X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on April 15, 2025, (Doc. 1), and filed affidavits of service on July 18, 2025, (Docs. 9, 10). The deadline for Defendants to respond to Plaintiff's complaint was June 13, 2025. To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 6, 2025. If Plaintiff fails to do so or otherwise demonstrate that an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 21, 2025
            New York, New York

                                                                           VERNON S. BRODERICK
                                                                           United States District Judge