UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK AUSTIN,

              Plaintiff,

  -v-

TK TRIBECA LLC, et al.,

              Defendants.

CIVIL ACTION NO. 25 Civ. 3096 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision. (ECF No. 7). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants TK Tribeca LLC d/b/a Tara Kitchen and Iraymond-253 Church LLC (collectively, the "Defendants") to respond to the Complaint (ECF No. 1) was June 13, 2025. (ECF Nos. 9; 10). To date, Defendants have not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendants to respond to the Complaint up to and including **July 28, 2025**.

Defendants are warned that failure to answer, move, or otherwise respond to the Complaint by **July 28, 2025**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated:     New York, New York
             July 21, 2025

SO ORDERED.

_/ s / Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**