```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PATRICK AUSTIN,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :            25-CV-3096 (VSB)
                  -against-                                 :
                                                            :                **ORDER**
TK TRIBECA LLC d/b/a TARA KITCHEN                           :
and IRAYMOND-253 CHRUCH LLC,                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The Clerk of Court is respectfully directed to STRIKE the Court's prior order filed at Doc. 11. In accordance with Magistrate Judge Cave's order at Doc. 12, the deadline for Defendants to respond to the Complaint is extended up to and including July 28, 2025.

SO ORDERED.

Dated:   July 22, 2025
             New York, New York

                                                                              _____
                                                                   VERNON S. BRODERICK
                                                                   United States District Judge