```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PATRICK AUSTIN,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :            25-CV-3096 (VSB)
              -against-                                     :
                                                            :                 **ORDER**
TK TRIBECA LLC d/b/a TARA KITCHEN                           :
and IRAYMOND-253 CHRUCH LLC,                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------- X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on April 15, 2025. (Doc. 1.) On April 17, 2025, I referred this case to Magistrate Judge Sarah L. Cave for general pretrial management. (Doc. 7.) Plaintiff filed affidavits of service on July 18, 2025, (Docs. 9, 10), reflecting that the original deadline for Defendants to respond to Plaintiff's complaint was June 13, 2025. On July 21, 2025, Magistrate Judge Cave sua sponte extended the deadline for Defendants to respond to the Complaint to July 28, 2025 as a one-time courtesy. (Doc. 12.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case.

      Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 22, 2025. If Plaintiff fails to do so or otherwise demonstrate that an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     August 1, 2025
             New York, New York

*[Signature]*
VERNON S. BRODERICK
United States District Judge