UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――x

PATRICK AUSTIN,                                         Civil Action No. 1:25-cv-3096

       Plaintiffs,

  -against-

TK TRIBECA LLC d/b/a TARA KITCHEN        **NOTICE OF VOLUNTARY**
And IRAYMOND-253 CHURCH LLC,               **DISMISSAL WITHOUT**
                                                                      **PREJUDUCE**

       Defendant.
―――――――――――――――――――――――――x

      Plaintiff Patrick Austin, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice against the above-captioned defendants.

      Dated: August 22, 2025

By: *Gabriel Levy*
―――――――――――――――
Gabriel A. Levy, Esq .
  *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com